In the Matter of HARRY J. COMAN, Admitted as HARRY J. COHEN, an Attorney, Respondent.

ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, November 1, 1948.

*Lewis B. Reynolds* of counsel (*Einar Chrystie,* attorney), for petitioner.

*Charles Eno* for respondent.

*Per Curiam.* An official referee has reported that charges accusing respondent of having neglected to prosecute a client's action and of having failed to protect the client's interests are supported by the testimony. The record fully sustains that conclusion. The client, however, suffered no pecuniary loss as a result of respondent's neglect. Respondent also admitted his failure to file a statement of retainer in a personal injury action as required by rule 4-A of this court (Special Rules Regulating the Conduct of Attorneys and Counselors-at-Law in the First Judicial Department). Failure to comply with this rule was not willful.

In view of the many extenuating circumstances in this case, we think that a censure is sufficient punishment for respondent's misconduct.

PECK, P. J., GLENNON, COHN, VAN VOORHIS and SHIENTAG, JJ., concur.

Respondent censured.